

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JDL:BGK

*271 Cadman Plaza East*

*Brooklyn, New York 11201*

July 20, 2012

**By ECF and Hand Delivery**

The Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

>          Re:   United States v. Wendell Moore, 10 CR 387(SLT)

Dear Judge Townes:

          The government respectfully submits this letter in response to the defendant's sentencing submissions, dated June 28, 2012, with respect to the defendant's sentencing range under the United States Sentencing Guidelines ("Guidelines") in light of Dorsey v. United States, 132 S.Ct. 2321 (2012).  The government concurs with the defendant and United States Probation that the defendant's applicable range under the Guidelines is 262 to 367 months, based on an offense level of 34 and a Criminal History Category of VI.

>                    Respectfully submitted,
>
>                    LORETTA E. LYNCH
>                    United States Attorney
>
>
>          By:    _____/s/_____
>                    Brendan G. King
>                    Assistant U.S. Attorney
>                    (718) 254-6006

cc: Peter J. Schaffer, Esq. (by ECF)
    James Foster, U.S. Probation Department (by mail)